

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00543-CV

———————————————

DARRION K. BUTLER AND DARRION BUTLER REALTY & ASSOCIATES LLC, Appellants

V.

TERRI L. TILTON AND QUEST TRUST COMPANY FOR THE BENEFIT OF TERRI L. TILTON, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-353701-24

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

The trial-court clerk responsible for preparing the record in this appeal has informed us that Appellants have not arranged to pay for the clerk's record as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 35.3(a)(2). We notified Appellants of this fact on March 24, 2025, warning that we would dismiss the appeal for want of prosecution unless, within ten days, Appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. More than ten days have passed, but Appellants have not provided proof of payment.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: May 8, 2025